## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **MARCUS SION** | * | CIVIL ACTION NO.:  6:20-CV-01163 |
| Plaintiff | * | District Judge Robert R. Summerhays |
| versus | * | |
| | * | Magistrate Judge Carol B. Whitehurst |
| **MCLANE FOODSERVICE, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Rule 41 Voluntary Dismissal:

**IT IS ORDERED** that Plaintiff's Motion is GRANTED and the claims of Plaintiff, Marcus Sion, in the above captioned matter against Defendant, McLane Foodservice, Inc., are DISMISSED with each party to pay her/its own costs.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 2nd day of December, 2020.

_____